UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| JAMES ISAAC, WILLIAM STEWART, | ) | |
| ALVIN WILLIAMS, GERALD AGNEW, | ) | |
| WAYMOND CHAVIS, JAMES MITCHELL, | ) | |
| AND LYDELL LANDRUM, | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | JUDGMENT |
| | ) | |
| | ) | No. 5:03-CV-137BR |
| NORTH CAROLINA DEPARTMENT OF | ) | |
| TRANSPORTATION, | ) | |
| Defendant. | ) | |

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

   **IT IS ORDERED, ADJUDGED AND DECREED** that the Bill of Cost is ALLOWED and taxable against the Plaintiffs in the amount of $3,535.46.

THIS JUDGMENT FILED AND ENTERED ON NOVEMBER 15, 2007 and COPIES ELECTRONICALLY TO:

Alan McSurely

Alexandra Marina Hightower

Hilda Burnett-Baker

Tiare Bowe Smiley


NOVEMBER 15, 2007                                         /s/ DENNIS P. IAVARONE, CLERK

